IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-641-L** |
| AARON CAIN MCKNIGHT; BPM GLOBAL INVESTMENTS, LLC; BPM ASSET MANAGEMENT, LLC; SHERRY REBEKKA SIMS; KENNETH MILLER; FROST and MILLER, LLP; AND HARMONY BROOKE MCKNIGHT, | § § § § § § § § § | |
| Defendants, | § § | |
| ACCELERATED VENTURE PARTNERS, LLC; and TIMOTHY NEHER, | § § § § | |
| Relief Defendants. | § | |

**ORDER**

Before the court is Plaintiff's Motion to Enter Judgment Against Defendant Sherry Rebekka Sims ("Motion") (Doc. 7), filed March 24, 2023. After review of the Motion and the entirety of the record, the court determines that the Motion should be, and is hereby, **granted**. Accordingly, the court, by separate document, will enter an Agreed Judgment submitted with the Motion.

**It is so ordered** this 18th day of July 2023.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page