IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § Plaintiff, § § v. § § AARON CAIN MCKNIGHT; BPM § GLOBAL INVESTMENTS, LLC; BPM § ASSET MANAGEMENT, LLC; § SHERRY REBEKKA SIMS; KENNETH § MILLER; FROST and MILLER, LLP; § AND HARMONY BROOKE § MCKNIGHT, § § Defendants, § § ACCELERATED VENTURE § PARTNERS, LLC; and TIMOTHY § NEHER, § § Relief Defendants. § | Civil Action No. **3:23-CV-641-L** |

## ORDER

Before the court is Plaintiff Securities and Exchange Commission's Motion to Substitute Counsel ("Motion") (Doc. 27), filed July 18, 2023.  Counsel for Plaintiff, David B. Reece of the Securities and Exchange Commission, requests that he be allowed to withdraw as counsel for Plaintiff in this case.  The court determines that the Motion should be, and is hereby, **granted.** Accordingly, the court **allows** David B. Reece of the Securities and Exchange Commission to withdraw as counsel for Plaintiff, and he is relieved of any further obligation to or representation of Plaintiff in this case.  Jennifer Reece of the Securities and Exchange Commission will be substituted as local counsel for Plaintiff.

Order –Page 1

**It is so ordered** 2nd day of August, 2023.

Sam A. Lindsay
United States District Judge