FILED-USDC-NDTX-DA
'23 OCT 24 PM1:09
AGL

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AARON CAIN MCKNIGHT et al.,**<br><br>**Defendants,**<br><br>**-and-**<br><br>**ACCELERATED VENTURE PARTNERS, LLC et al.,**<br><br>**Relief Defendants.** | **Case No. 3:23-cv-00641-L** |

**DEFENDANTS AARON CAIN MCKNIGHT, HARMONY BROOKE MCKNIGHT, BPM GLOBAL INVESTMENTS, LLC, BPM ASSETMANAGEMENT, LLC ANSWER**

Defendants Aaron Cain McKnight, Harmony McKnight, BPM Global Investments, LLC, BPM Asset Management, LLC, respectfully submit this Answer to the Court.

## INTRODUCTION

On March 23, 2023, Plaintiff, the Securities and Exchange Commission Exchange "SEC", filed a civil lawsuit against defendants. The complaint is riddled with hearsay and unsubstantiated facts, leading defendants to believe the case has been brought frivolously against them.

## FACTUAL BACKGROUND

1. Since the Court's Granted Extension, Defendants' have requested to be provided with a

settlement proposal and discovery files, to no avail.

2. Plaintiff's counsel, Ms. Area, and the office, are explicitly aware that Defendants are wishing to negotiate a settlement(s), but have yet to be provided one or a mediation.

## ARGUMENT

It is in the best interest of the Court to Order a Preliminary Mediation to not further delay.

## AFFIRMATIVE DEFENSES

1. Deny
2. Deny
3. Deny
4. Deny
5. Deny
6. Deny
7. Deny
8. Deny
9. Deny
10. Deny
11. Deny
12. Deny
13. Improper; not able to Affirm or Deny
14. Denied based on lack of information to confirm or deny
15. Denied based on lack of information to confirm or deny
16. Admit
17. Denied based on lack of information to confirm or deny
18. Denied based on lack of information to confirm or deny

19. Denied based on lack of information to confirm or deny
20. Deny
21. Deny
22. Deny
23. Denied based on lack of information to confirm or deny
24. Denied based on lack of information to confirm or deny
25. Deny
26. Denied based on lack of information to confirm or deny
27. Denied based on lack of information to confirm or deny
28. Denied based on lack of information to confirm or deny
29. Denied based on lack of information to confirm or deny
30. Denied based on lack of information to confirm or deny
31. Deny
32. Deny
33. Deny
34. Deny
35. Deny
36. Deny
37. Deny
38. Deny
39. Deny
40. Deny
41. Deny
42. Deny
43. Deny

44. Deny

45. Deny

46. Deny

47. Deny

48. Deny

49. Deny

50. Deny

51. Denied based on lack of information to confirm or deny

52. Denied based on lack of information to confirm or deny

53. Denied based on lack of information to confirm or deny

54. Denied based on lack of information to confirm or deny

55. Denied based on lack of information to confirm or deny

56. Denied based on lack of information to confirm or deny

57. Deny

58. Deny

59. Denied based on lack of information to confirm or deny

60. Deny

61. Deny

62. Denied based on lack of information to confirm or deny

63. Denied based on lack of information to confirm or deny

64. Denied based on lack of information to confirm or deny

65. Deny

66. Denied based on lack of information to confirm or deny

67. Denied based on lack of information to confirm or deny

68. Deny

69. Deny

70. Deny

71. Deny

72. Deny

73. Deny

74. Deny

75. Deny

76. Deny

77. Deny

78. Deny

79. Deny

80. Deny

81. Denied based on lack of information to confirm or deny

82. Denied based on lack of information to confirm or deny

83. Deny

84. Deny

85. Deny

86. Denied based on lack of information to confirm or deny

87. Denied based on lack of information to confirm or deny

88. Denied based on lack of information to confirm or deny

89. Denied based on lack of information to confirm or deny

90. Denied based on lack of information to confirm or deny

91. Denied based on lack of information to confirm or deny

92. Deny

93. Denied based on lack of information to confirm or deny

94. Deny

95. Deny

96. Denied based on lack of information to confirm or deny

97. Deny

98. Denied based on lack of information to confirm or deny

99. Deny

100. Deny

101. Deny

102. Deny

103. Denied based on lack of information to confirm or deny

104. Deny

105. Deny

106. Denied based on lack of information to confirm or deny

107. Deny

108. Deny

109. Deny

110. Denied based on lack of information to confirm or deny

111. Denied based on lack of information to confirm or deny

112. Deny

113. Deny

114. Deny

115. Deny

116. Deny

117. Deny

118. Deny

119. Denied based on lack of information to confirm or deny

120. Deny

121. Denied based on lack of information to confirm or deny

122. Denied based on lack of information to confirm or deny

123. Denied based on lack of information to confirm or deny

124. Deny

125. Deny

126. Deny

127. Denied based on lack of information to confirm or deny

128. Deny

129. Deny

130. Deny

131. Deny

132. Deny

133. Deny

134. Deny

135. Deny

136. Deny

137. Deny

138. Deny

139. Deny

140. Deny

141. Deny

142. Deny

143. Deny

144. Deny

145. Deny

146. Deny

147. Deny

148. Deny

149. Deny

150. Deny

151. Deny

152. Deny

153. Deny

154. Deny

155. Deny

Dated: October 24, 2023

Respectfully submitted,

Aaron McKnight, Harmony McKnight, BPM Global Investments, LLC, BPM Asset Management, LLC

*Pro Se*