**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AARON CAIN MCKNIGHT; BPM GLOBAL INVESTMENTS, LLC; BPM ASSET MANAGEMENT, LLC; SHERRY REBEKKA SIMS; KENNETH MILLER; FROST and MILLER, LLP; AND HARMONY BROOKE MCKNIGHT,**<br><br>**Defendants,**<br><br>**-and-**<br><br>**ACCELERATED VENTURE PARTNERS, LLC; and TIMOTHY NEHER,**<br><br>**Relief Defendants.** | Civil Action No. 3:23-CV-641-L |

## SUGGESTION OF DEATH OF DEFENDANT AARON CAIN MCKNIGHT

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff Securities and Exchange Commission ("Commission") hereby notifies this Court that, on March 2, 2026, counsel for Defendant Aaron Cain McKnight ("Defendant McKnight") advised the Commission that McKnight had recently passed away. A death certificate for Defendant McKnight is not yet available, but attached to this filing is the Obituary of Defendant McKnight (Exhibit 1), reflecting that that he passed away on March 1, 2026.

The Commission is currently evaluating how to proceed with regard to its claims against Defendant McKnight, and will comply with all obligations imposed by the Federal Rules of Civil

Procedure with regard to the timing of such actions, including the requirement of Rule 25(a)(1) to file any motion of substitution within 90 days of this filing.

Meanwhile, should the Court so rule, the Commission stands ready to work with all remaining parties to draft a jointly proposed amended schedule in light of this development to be filed with the Court for its consideration, or alternatively, to participate in a status conference to discuss any necessary amendments to the existing schedule.

The Commission also stands ready to proceed with all remaining parties, or alternatively, with the remaining parties not affected by Defendant McKnight's death (*i.e.*, Defendants Kenneth Miller and Frost and Miller, LLP, and Relief Defendants Timothy Neher and Accelerated Venture Partners, LLC) in the Mediation scheduled for April 27, 2026, with Magistrate Judge McKay.

Dated: March 10, 2026

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

*/s/ Anna O. Area*
Anna O. Area
(admitted pro hac vice)
District of Columbia Bar No. 987572
Trial Counsel
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-5977
Telephone: (202) 551-6417
areaa@sec.gov

John J. Todor
(admitted pro hac vice)
District of Columbia Bar No. 479798
Trial Counsel
U.S. SECURITIES AND EXCHANGE COMMISSION

100 F Street, N.E.
Washington, D.C. 20549-5977
Telephone: (202) 551-5381
todorj@sec.gov

Tyson M. Lies
Texas Bar No. 24087927
SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street
Fort Worth, Texas 76102-688
Telephone: (817) 978-1421
liest@sec.gov

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

On March 10, 2026, I filed the foregoing Suggestion of Death of Defendant Aaron Cain McKnight with the Clerk of Court for the U.S. District Court, Northern District of Texas via ECF. I hereby certify that I have served the document on all pro se parties of record, by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Anna O. Area*
Anna O. Area
Counsel for Plaintiff