# Exhibit 1

‹




1974 —— Cain —— 2026

SEND FLOWERS

PLANT A TREE

SEND A CARD

# Cain McKnight

October 8, 1974 — March 1, 2026
Arlington

Cain McKnight, 51, passed away in March 2026 in Dallas, Texas. He will be remembered as a loving son, father, brother, uncle, cousin, and friend to all who knew him.

Cain was born on October 8, 1974, to Bobby and Nancy McKnight. He never married, but he shared twenty loving years with his extra-special partner, Genevieve Gurchak. Together they had one son, Jedai, who brought out the very best in him.

Cain's love for his family was a big kind of love — not only for his immediate family, but for all extended family and friends as well. His cousins, nieces, and nephews meant more to him than anyone could imagine. He shared a special bond with his cousins, Jody and Darrell; the three were born just two weeks apart. He will be deeply missed at family gatherings for his wit, his smile, his jokes, and his unforgettable laugh.

He was preceded in death by his father, Bobby McKnight.

He is survived by his son, Jedai; his partner, Genevieve Gurchak; his mother, Nancy McKnight; his brother, Brent McKnight and his wife, Tiffany McKnight; his sister, Harmony McKnight; his nieces, Grace McKnight and Tayvin McKnight; his nephew, Caden McKnight; and numerous aunts, uncles, cousins, and many dear friends.

A Celebration of Life will be held at 2:30 p.m. on Friday, March 6, 2026, at Lucas Funeral Home, 1321 Precinct Line Road, Hurst, Texas 76053.

To order memorial trees or send flowers to the family in memory of Cain McKnight, please visit our flower store.

# Service Schedule

## Upcoming Services

### Celebration of Life

**Friday, March 6, 2026**
2:30 - 3:30 pm (Central time)
Add to Calendar

**Lucas Funeral Home and Cremation Services**
1321 Precinct Line Rd, Hurst, TX 76053

Get Directions

Send Flowers



CELEBRATING THE LIFE OF

# Cain McKnight

View Book | Buy Book

A beautifully bound keepsake book filled with memories and condolences from family and friends.

### Share Your Memory

Contribute your memory to the online guestbook to be featured in this unique keepsake book.

Share Your Memory

# Guestbook

Your name

Add Photos | Light Candle

Submit Post

Visits: 184

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Service map data © OpenStreetMap contributors